IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IVAN RAY BEGAY,

    Petitioner,

v.       CASE NO. 5:11-cv-230-RS-CJK

UNITED STATES OF AMERICA, et al.,

    Respondents.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 24) and Petitioner's Objections (Doc. 26). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**.

3. All pending motions are **DENIED** as moot.

4. The clerk is directed to close the file.

**ORDERED** on February 9, 2012.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**